[No. 61762-1-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAMONE ALSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10828-5, Sharon S. Armstrong, J., entered May 5, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Cox, J.

[No. 61899-7-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VENIAMIN PETROVICH PURIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08505-8, Laura Gene Middaugh, J., entered June 9, 2008. *Reversed* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 61939-0-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEON THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01959-3, James H. Allendoerfer, J., entered June 19, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Appelwick, JJ.

[Nos. 62156-4-I; 62959-0-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES IRVIN-PARRIS WOODS, JR., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-08465-3, Julie A. Spector, J., entered August 11, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Ellington and Lau, JJ.